JS-6, ENTER

**FILED**

JUN 24 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE RUSHING, | ) | Case No. EDCV 08-0286-R (MLG) |
|      Petitioner, | ) | JUDGMENT |
|      v. | ) | |
| DEBRA DEXTER, Warden, | ) | |
|      Respondent. | ) | |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated:  June 24, 2008

Manuel L. Real
United States District Judge